| | | | | |
|---|---|---|---|---|
| D.H. v. State.................. | 32A01–1606–JV–1216 | 02/06/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Speer v. State............... | 79A05–1608–PC–1736 | 02/06/2017 | BRADFORD, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Walton v. State ............... | 49A05–1601–CR–64 | 02/06/2017 | CRONE, J.<br>KIRSCH, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Smith v. Taulman .............. | 32A01–1605–PL–1013 | 02/07/2017 | BAKER, J.<br>BRADFORD, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Wedding v. Wedding ............ | 82A01–1605–DR–1202 | 02/07/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Wilson v. State.................. | 49A02–1604–CR–908 | 02/07/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Norman v. State ............... | 79A02–1605–CR–1064 | 02/07/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |